## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 2, 2015

_____

RESPONSE REQUESTED

_____

No.    15-2178,         Garlock Sealing Technologies v. Simon Greenstone Panatier Bart
                        3:14-cv-00116-GCM-DSC

TO:    Michael W. Magner
       Sara Wyche Higgins
       Raymond Eugene Owens
       Avery B. Pardee

RESPONSE DUE: 11/16/2015

Response is required to the motion to dismiss. Response(s) must be filed by the response due date shown in this notice.

Barbara H. Rowe, Deputy Clerk
804-916-2704