# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 7, 2015

_____

## DOCKET CORRECTION NOTICE
_____

No.   15-2178,   Garlock Sealing Technologies v. Simon Greenstone Panatier Bart
3:14-cv-00116-GCM-DSC

TO:   Michael W. Magner

CORRECTED APPENDIX & SEALED APPENDIX CORRECTION
DUE:  December 14, 2015

Please make the corrections identified below by the due date indicated.

| |
|---|
| **[X] Separate Sealed Volumes: You must place sealed material in separate, sealed volumes of the appendix, with the covers marked sealed and in envelopes marked sealed. Please file a corrected appendix and a sealed volume of appendix** (electronic and paper versions) on or before 12/14/15. |
| **[X] Certificate of Confidentiality: You must file certificates of confidentiality for sealed volumes, identifying the authority for sealing the material and who may have access to the material.** |

Barbara H. Rowe, Deputy Clerk
804-916-2704