FILED: December 11, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2178
(3:14-cv-00116-GCM-DSC)
_____

GARLOCK SEALING TECHNOLOGIES, LLC

      Plaintiff - Appellee

and

GARRISON LITIGATION MANAGEMENT GROUP, LTD.

      Plaintiff

v.

SIMON GREENSTONE PANATIER BARTLETT, APLC; JEFFERY B. SIMON; DAVID C. GREENSTONE; JENNIFER L. BARTLETT; ESTATE OF RONALD C. EDDINS

      Defendants - Appellants

_____

O R D E R

_____

Upon submissions relative to the motion for leave to file appendix in existing form, the court grants the motion and accepts the appendix for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk