**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 25, 2016

_____

DOCKET CORRECTION NOTICE
_____

No.    15-2178,        <u>Garlock Sealing Technologies v. Simon Greenstone Panatier Bart</u>
                       3:14-cv-00116-GCM-DSC

TO:    Michael W. Magner

FILING CORRECTION DUE:  January 28, 2016

Please make the correction identified below and file a corrected document by the date indicated.

_____

[X] Incorrect event used. Please refile document using [brief filed and select reply from the dropdown menu].


Barbara H. Rowe, Deputy Clerk
804-916-2704